**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT MARKHAM, | No. 2:21-CV-0996-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| A. PRASAD, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Defendants Prasad's requests, ECF Nos. 22 and 23, which are construed as a motion for an extension of time to file waivers of service and respond to the complaint. Good cause appearing therefor, Defendants' motions are granted. Defendants electing to waive service may file waivers within 30 days of the date of this order. Defendants' response to Plaintiff's complaint shall be due by February 14, 2022.

IT IS SO ORDERED.

Dated: December 22, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1