IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARKHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>A. PRASAD, et al.,<br><br>    Defendants. | No.  2:21-CV-0996-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' request, which is construed as a motion for an extension of time to file waivers of service and respond to the complaint.  Good cause appearing therefor, Defendants' motion is granted.  Those Defendants who are electing to waive service shall file waivers by March 21, 2022.

IT IS SO ORDERED.

Dated:  January 31, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE