IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MARKHAM,** | Case No. 2:21-cv-00996-JAM-DMC (PC) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION** |
| v. | |
| **PRASAD, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants ex parte application is **GRANTED**. The settlement conference is now scheduled for **January 31, 2023 at 10:00 a.m. via Zoom before Magistrate Judge Jeremy D. Peterson.**

Dated: November 15, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE